**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John Sabatini,<br><br>   Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>   Defendant | 2:17-cv-01012-JAD-NJK<br><br>**Order Setting Briefing Schedule and Hearing on Motion for Temporary Restraining Order**<br><br>[ECF No. 7] |

John Sabatini is an employee of Las Vegas Metropolitan Police Department ("Metro") who works at the Clark County Detention Center and sues Metro under 42 U.S.C. § 1983, alleging that Metro violated his rights to freedom of expression and due process under state and federal laws when it fired Sabatini for certain posts that he made to his personal Facebook account.[1] Sabatini also alleges that Metro violated state and federal laws when it retaliated against him—by threatening to pull him from his current post assignment—for filing this action.[2]

Sabatini now moves for an order temporarily restraining Metro from taking any adverse employment action against him.[3] The court believes that it will be beneficial to have a truncated briefing schedule and verbal argument by the parties on the issues raised by Sabatini's motion.

Accordingly, IT IS HEREBY ORDERED that **Metro has until June 2, 2017, to respond** to Sabatini's motion for temporary restraining order [ECF No. 7]. **Sabatini must file any reply by 3 p.m. on June 6, 2017**. Sabatini's motion for temporary restraining order **[ECF No. 7] will be heard at 9 a.m. on June 7, 2017**, in Courtroom 6D of the Lloyd D. George U.S. Courthouse.

DATED: May 30, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 6 at ¶¶ 36–44.

[2] *Id.* at ¶¶ 54–64.

[3] ECF No. 7.