UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SABATINI, | Case No. 2:17-cv-01012-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 30) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 30. The parties request an extension of 61 days and provide counsel's schedules as of October 1, 2017, as reason for the extension. *Id.* at 2-4. On August 23, 2017, the Court granted the parties' prior stipulation for extension of time. Docket No. 28. The parties further submit that no discovery has been conducted in the instant case due to their schedules. Therefore, the parties have not shown diligence. Nonetheless, in order to facilitate a decision on the merits, the Court **GRANTS** the parties' request for extension, Docket No. 30, and sets the deadlines as follows:

- Expert disclosure: February 14, 2018
- Rebuttal experts: March 16, 2018
- Discovery cut-off: April 15, 2018
- Dispositive motions: May 15, 2018
- Joint pre-trial order: June 14, 2018

The parties shall conduct discovery with diligence during the extended discovery period. No further extensions will be granted.

IT IS SO ORDERED.

DATED: November 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge