Marc J. Randazza, NV Bar # 12265
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff,*
*John Sabatini*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SABATINI, an individual, | Case No. 2:17-cv-01012-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | **(Second Request)** |
| Defendant. | |
| CHARLES MOSER, | |
| Plaintiff, | Case No. 2:17-cv-01704-JAD-NJK |
| vs. | |
| DEVIN BALLARD, an individual, *et al.*, | |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for all parties to file dispositive motions in the above-captioned <u>Consolidated</u> case for a period of 14 days, up to and including Thursday, June 28, 2018.

In support of this Stipulation and Request, the parties state as follows:

All discovery in this matter is complete. However, due to scheduling issues and unexpected litigation emergencies, the parties have not been able to dedicate adequate time to preparing the dispositive motions that they plan to file. The current deadline to file dispositive motions is June 14, 2018. The parties plan to file one or more motions for summary judgment and, given the complexity of issues involved in such motions, require additional time to prepare them. The parties expect that a 14-day extension until June 28, 2018 will provide sufficient time.

Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. In accordance with LR 26-4, all motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a) A statement specifying the discovery completed;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d) A proposed schedule for completing all remaining discovery.

It is not good cause for a late request to extend discovery that the parties informally postponed discovery. No stipulations are effective until approved by the Court, and "[a]ny stipulation that would interfere with any time set for

completion of discovery, for hearing of a motion, or for trial, may be made only with approval of the Court."  *See* LR 7-1(b).

**IT IS SO STIPULATED.**

Dated this 11th day of June 2018.

RANDAZZA LEGAL GROUP, PLLC

/s/ Alex J. Shepard
Marc J. Randazza, NV Bar # 12265
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Plaintiff*
*John Sabatini*

MARQUIS AURBACH COFFING

/s/ Nicholas D. Crosby
Nicholas D. Crosby, NV Bar # 8996
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorney for Defendants*

LAW OFFICE OF DANIEL MARKS

/s/ Adam Levine
Daniel Marks, NV Bar # 2003
Adam Levine, NV Bar # 4673
610 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Charles Moser*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** June 12, 2018
_____