LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Charles Moser*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JOHN SABATINI,                                    Case No. 2:17-cv-01012-JAD-NJK

     Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT

     Defendant.                                   Case No. 2:17-cv-01704
_____/

CHARLES MOSER                                     **CONSOLIDATED**

     Plaintiff,                                   **Order Granting Stipulation to Extend
                                                  Deadlines to Respond to Summary-
v.                                                judgment Motions**

DEVIN BALLARD, an individual,
PATRICK NEVILLE, an individual, and               [ECF No. 45]
LAS VEGAS METROPOLITAN
POLICE DEPARTMENT,

     Defendants.
_____/

     IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their

undersigned counsel to extend for a period of 30 days the current deadlines for Responses to Plaintiff

1

Charles Moser's Motion for Partial Summary Judgment [Doc. 38] (due July 17, 2018) and Plaintiff John Sabatini's Motion for Partial Summary Judgment [Doc. 40] (due July 19, 2018) and LVMPD Defendants' Motion for Summary Judgment [Doc. 41] (due July 19, 2018) due to Plaintiff's counsel's hearing, arbitration, briefing schedule and a preplanned vacation.

Plaintiff's counsel schedule is as follows: July 12 and 13, 2018 Arbitration in the matter of *Jeff Harper v. Las Vegas Metropolitan Police Department;* July 16, 2018 an Answer to Petition for Wirt of Mandamus or Prohibition on behalf of Respondents in *City of Mesquite v. The Eighth Judicial District Court for the State of Nevada et al.*, Nevada Supreme Court Case No. 75743 (Plaintiff's counsel represents Real Party in Interest Douglas Smaellie in this matter) and July 31 through August 2, 2018 Employee Management Relations Board hearing in *Burt and Cook v. Las Vegas Metropolitan Police Department,* Case No. 2017-034. Further, Plaintiff's counsel has a prior scheduled prepaid vacation the week of July 16, 2018.

///

///

///

///

///

///

///

///

///

///

///

///

The parties further stipulate that all parties' Responses be due on the same day, **Monday August 20, 2018.**

This extension is requested in good faith and not for purposes of delay.

DATED this <u>5th</u> day of July, 2018.        DATED this <u>5th</u> day of July, 2018.

LAW OFFICE OF DANIEL MARKS                RANDAZZA LEGAL GROUP

   */s/ Adam Levine, Esq.*      .           */s/ Alex J. Shepard, Esq.*      .
DANIEL MARKS, ESQ.                        ALEX J. SHEPARD, ESQ.
Nevada State Bar No. 002003               Nevada State Bar No. 013582
office@danielmarks.net                    ajs@randazza.com
ADAM LEVINE, ESQ.                         MARC J. RANDAZZA, ESQ.
Nevada State Bar No. 004673               Nevada State Bar No. 012265
alevine@danielmarks.net                   mjr@randazz.com
610 South Ninth Street                    4035 S. El Capitan Way
Las Vegas, Nevada 89101                   Las Vegas, Nevada, 89147
*Attorneys for Plaintiff Charles Moser*     *Attorneys for Plaintiff John Sabatini*


DATED this <u>5th</u> day of July, 2018.

MARQUIS AURBACH COFFING

   */s/ Jackie V. Nichols, Esq.*    .
NICHOLAS D. CROSBY, ESQ.
Nevada State Bar No. 008996
NCrosby@maclaw.com
JACKIE V. NICHOLS, ESQ.
JNichols@maclaw.com
10001 Park Run Drive
Las Vegas, Nevada  89145
*Attorney for Defendants*


Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to extend the deadlines to respond to [ECF No. 38] plaintiff Charles Moser's summary-judgment motion, [ECF No. 40] plaintiff John Sabatini's summary-judgment motion, and [ECF No. 41] defendant Las Vegas Metropolitan Police Department's summary-judgment motion **[ECF No. 45] is GRANTED.  The deadline to respond to these summary-judgment motions [ECF Nos. 38, 40, and 41] is EXTENDED to August 20, 2018.**

Dated: July 5, 2018                       _____
                                          U.S. District Judge Jennifer A. Dorsey