**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  *Attorneys for LVMPD Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SABATINI,<br><br>             Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>             Defendant.<br>CHARLES MOSER,<br><br>             Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, et al.,<br><br>             Defendants. | Case No: 2:17-cv-01012-JAD-NJK<br><br>CONSOLIDATED WITH;<br><br>Case No: 2:17-cv-01704-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY BRIEF DEADLINES** |

Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing; Plaintiff, John Sabatini ("Sabatini"), by and through his counsel of record, Randazza Legal Group, PLLC; and Plaintiff Charles Moser ("Moser"), by and through his attorneys of record, the Law Office of Daniel Marks, hereby stipulate and agree to as follows:

///

MAC:14687-044 3500872_1 8/29/2018 11:22 AM

IT IS HEREBY STIPULATED AND AGREED that the Parties, by and through their undersigned counsel, shall extend the current Reply deadlines in Support of their Motions for Summary Judgment [ECF #38, ECF #40 and ECF #41] from September 3, 2018 to September 28, 2018. Defendants' counsel is in the midst of preparing an emergency Writ to the Nevada Supreme Court and Plaintiff Moser's counsel has several hearings. As such, the deadline for all of the Parties' Replies shall be due on **Friday, September 28, 2018.** This extension is requested in good faith and not for the purpose of delay.

Dated this 29th day of August, 2018.

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols, Esq.
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

LAW OFFICE OF DANIEL MARKS

By: /s/ Adam Levine, Esq.
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 So. Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Moser*

Dated this 29th day of August, 2018.

RANDAZZA LEGAL GROUP PLLC

By: /s/ Alex J. Shepard, Esq.
Marc J. Randazza, Esq.
Nevada Bar No. 12265
Alex J. Shepard, Esq.
Nevada Bar No. 13582
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
*Attorneys for Plaintiff Sabatini*

IT IS SO ORDERED this 30th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

MAC:14687-044 3500872_1 8/29/2018 11:22 AM