Marc J. Randazza, NV Bar # 12265
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff*
*John Sabatini*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SABATINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant.<br><br>CHARLES MOSER,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN BALLARD, an individual, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01012-JAD-NJK<br><br>**Stipulation and Order Dismissing John Sabatini's Claims Against the Las Vegas Metropolitan Police Department**<br><br>ECF Nos. 57, 60 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Sabatini and Defendant Las Vegas Metropolitan Police Department ("LVMPD") hereby stipulate that all claims asserted by Mr. Sabatini against LVMPD are dismissed with prejudice, with both parties to bear their own costs and fees.

Dated: April 30, 2019

/s/ Alex J. Shepard  
Marc J. Randazza, NV Bar #12265  
Alex J. Shepard, NV Bar # 13582  
2764 Lake Sahara Drive, Suite 109  
Las Vegas, NV 89117

*Attorneys for Plaintiff,*  
*John Sabatini*

/s/ Nick D. Crosby  
Nick D. Crosby, NV Bar # 8996  
Jackie V. Nichols, NV Bar # 14246  
10001 Park Run Drive  
Las Vegas, NV 89145

*Attorneys for Defendant,*  
*Las Vegas Metropolitan Police Department*

## ORDER

Based on the stipulation between Plaintiff John Sabatini and Defendant Las Vegas Metropolitan Police Department **[ECF No. 60]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that Plaintiff **John Sabatini's CLAIMS AGAINST the Las Vegas Metropolitan Police Department are DISMISSED** with prejudice, each party to bear its own fees and costs. Metro's motion for summary judgment **[ECF No. 57] is DENIED** as moot.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: April 30, 2019