LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Charles Moser*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHARLES MOSER

Plaintiff,

v.

DEVIN BALLARD, an individual, PATRICK NEVILLE, an individual, and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

Defendants.
_______________________________________/

Case No. 2:17-cv-01012-JAD-NJK
Case No. 2:17-cv-01704
**CONSOLIDATED**

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Charles Moser, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case [Doc. 65], entered on July 23, 2019.

DATED this 30 day of July, 2017.

LAW OFFICE OF DANIEL MARKS

*/s/ Adam Levine, Esq.* .
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Charles Moser*

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff CHARLES MOSER is represented by:

Daniel Marks, Esq.
Nevada State Bar No. 002003
Adam Levine, Esq.
Nevada State Bar No. 004763
Law Office of Daniel Marks
610 S. Ninth Street
Las Vegas, Nevada 89101
702-386-0536 – office
702-386-6812 – fax
Email: office@danielmarks.net
gguo@danielmarks.net

2. Defendants Devin Ballard, Patrick Neville and Las Vegas Metropolitan Police Department are represented by:

Nicholas D. Crosby, Esq.
Nevada State Bar No. 008996
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
702-942-2133 – office
702-856-8932 - fax
Email: ncrosby@maclaw.com
*Attorney for Defendants*

DATED this 30th day of July, 2019.

LAW OFFICE OF DANIEL MARKS

*/s/ Adam Levine, Esq.*
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Charles Moser*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I hereby certify that I am an employee of the Law Office of Daniel Marks and that on the 30th day of July, 2018, I did file and serve the above and forgoing NOTICE OF APPEAL, by way of Notice of Electronic Filing provided by the court mandated ECF filing service, at the following:

Nicholas D. Crosby, Esq.
MARQUIS AURBACH COFFING
Email: ncrosby@maclaw.com
*Attorney for Defendants*

/s/ GLENDA GUO, Paralegal .
An employee of the
LAW OFFICE OF DANIEL MARKS