UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLES MOSER,

Plaintiff - Appellant,

and

JOHN SABATINI,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,

Defendants - Appellees.

No. 19-16511

D.C. Nos. 2:17-cv-01012-JAD-NJK, 2:17-cv-01704-JAD-NJK
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered January 12, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellees in the amount of $404.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7