**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SABATINI, <br>         Plaintiff, <br> vs. <br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br>         Defendant. | Case Number: <br> 2:17-cv-01012-JAD-NJK <br><br> CONSOLIDATED WITH; |
| CHARLES MOSER, <br>         Plaintiff, <br> vs. <br> DEVIN BALLARD, et al., <br>         Defendants. | Case No: 2:17-CV-01704-APG-PAL <br><br> **ECF No. 76** |

**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF CHARLES MOSER'S MOTION TO TRANSFER CASE BACK TO JUDGE ANDREW GORDON TO SET FOR TRIAL IN ACCORDANCE WITH THE DECISION OF THE NINTH CIRCUIT**

**(FIRST REQUEST)**

The parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that LVMPD Defendants' Response to Plaintiff Charles Moser's Motion to Transfer Case Back to Judge Andrew Gordon to Set for Trial in Accordance with the Decision of the Ninth Circuit [ECF No. 75], currently due on June 23, 2021, be extended to and including Monday, June 28, 2021.

. . .

Page 1

Counsel for Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Devin Ballard ("Ballard") and Patrick Neville ("Neville") (collectively "LVMPD Defendants") has had several competing deadlines judge hearings, including a settlement conference with Mr. Adam Levine in a separate, unrelated matter and the parties have agreed to a 5-day extension for LVMPD Defendants' response deadline. This request for extension is made in good faith and necessary to provide additional time for preparation of the response and not for the purposes of delay. WHEREFORE, the parties respectfully request that the Response be extended to and including Monday, June 28, 2021.

DATED this 24th day of June, 2021

MARQUIS AURBACH COFFING

By: /s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine, Esq.
Nevada Bar No. 4673
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Charles Moser

DATED this 24th day of June, 2021

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD Defendants

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 24th day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE